IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Civil No.: 6:19-cv-01245

Plaintiff

-v-

Bethany M. Poore a/k/a Bethany M. Simpson
3122 McDonald Road a/k/a 3622 McDonald Road
Port Leyden, NY 13433

Niagara Mohawk Power Corporation
300 Erie Boulevard West
Syracuse, NY 13202

John Doe, Mary Roe, and XYZ Corporation
3122 McDonald Road a/k/a 3622 McDonald Road
Port Leyden, NY 13433

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT**

**PREJUDICE**

**PLEASE TAKE NOTICE** That the Plaintiff, UNITED STATES OF AMERICA, hereby dismisses the above action, without prejudice.

Dated: 8-23-21

**IT IS SO ORDERED:**

*Brenda K. Sannes*
**Brenda K. Sannes**
**U.S. District Judge**

**Dated:** 8/23/2021
Syracuse, NY

PINCUS LAW GROUP, PLLC
BY:/s/NICOLE LaBLETTA
   NICOLE LABLETTA
   425 RXR Plaza
   Uniondale, NY 11556